IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WESTLEY RETZLER, :
    Plaintiff, : CIVIL ACTION
:
v. :
:
:
JAMES MCANDREW, et al., : No. 08-2764
    Defendants. :

## ORDER

**AND NOW**, this **29th** day of **September**, **2010**, upon consideration of Defendants' Motion for Summary Judgment Pursuant to Federal Rule of Civil Procedure 56, Plaintiff's response thereto, all replies thereon, and for the reasons stated in this Court's Memorandum dated September 29, 2010, it is hereby **ORDERED** that:

1. Defendants' motion (Document No. 60) is **GRANTED**.

2. The case against Chief James McAndrew and Officer David Woodard is **DISMISSED**.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**